**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip, NY 11722

---------------------------------------------------------------------

IN RE: Gregory James Kirkham

Case No.: 8-24-70593-ast

Chapter: 13

Debtor(s)

---------------------------------------------------------------------

# REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING REQUIREMENT OF PHOTO IDENTIFICATION

The Clerk's Office requests that the Court determine whether this case should be dismissed for failure to provide acceptable identification as stated under Administrative Order No. 653. The following deficiencies under Administrative Order No. 653 are noted:

- ✓ Debtor to provide a state driver's license, a U.S. passport, an identification card issued by a federal state, or local governmental entity, military identification, a resident alien card, or a student identification card.

- Joint Debtor to provide a state driver's license, a U.S. passport, an identification card issued by a federal, state or local governmental entity, military identification, a resident alien card, or a student identification card.

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

The Clerk's Office is directed to dismiss this case,

The Debtor is ordered to appear before the Court on _____ at _____

at 290 Federal Plaza, Central Islip, New York 11722_____ in Courtroom _____

The Clerk's Office is directed not to dismiss this case for the following reasons:
_____
_____